# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY SIMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>USF HOLLAND, LLC, )<br>)<br>)<br>Defendant. )<br>) | CIVIL ACTION<br><br>No. 22-2481-KHV |

## ORDER

On August 18, 2023 this case was automatically stayed (DE #35), by defendant's Suggestion Of Bankruptcy Yellow Corporation And Certain Of Its Affiliates, Including Defendant USF Holland LLC, And Notice Of Automatic Stay Of Proceedings (Doc. #34), filed August 17, 2023. The stay is for an indefinite period.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**IT IS SO ORDERED.**

Dated this 24 day of August, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge